IN THE UNITED STATES DISTRICT COURT
FOR THE COUNTY OF MONGEMERY
THE STATE OF ALABAMA

ANGELA DENISE NAILS,

           Plaintiff,

CITY OF DOTHAN,

           Defendant,

Case Number 1:06CV760 - WKW

COMPLAINT OF NEGLIGENCE

The case follows under the Jurisdiction Actitcel III Section 2a Constitutional law. Subject matter question controversy of $10,000.00 dollars. The City of Dothan has not appropriately responded to the complaint in writing of the City having no sidewalks on Virginia street were the plaintiff was struck by a vehicle. The plaintiff has responded to the City request of procedures to speak with the City representative the Mayor, no settlement or response was made after the plaintiff and the City Mayor discussion The plaintiff is bring the civil case before the court searching for the due process rights of the court.

X *Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE