IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 SEP 11 A 9: 22

U.S. DISTRICT CLK
MIDDLE DIST ALA

ANGELA DENISE NAILS,

     Plaintiff,   Case No. 06-cv00760-WKW
              {wo}

CITY OF DOTHAN,

     Defendant,


OBJECTION


  The plaintiff is pleading with the District Court to hear the plaintiff case before the court. The plaintiff realizes that the plaintiff has been fighting several cases and there is a list of the cases the plaintiff has been fighting recently. The plaintiff is seeking due process in the case of the City Of Dothan be did for the cause of the medical issues that the plaintiff has occurred that will never go away. The plaintiff is seeking the case to go forward because of medical payment for damages form the auto accident the city of Dothan is responsible for. It is clear the plaintiff mind is on the medical issues of the fault of the city of Dothan having no sidewalks. If the issue in the case against the city of Dothan is brought before the courts the city of Dothan will have to state to the State as a reason their a houses and apartments on Virgin Street but no sidewalks for those who live and those who walk in that direction. The plaintiff has proof of medical and physical therapy bills and future treatment the plaintiff will be needing. The plaintiff will present the medical treatment needed for the knee injury the plaintiff has from the accident during the court hearing. It the plaintiff should

ever have to pay the 20% co-payment of any of the medical cost and the court should award the plaintiff the judgement against the city of Dothan the income will help to assist in making payments to the medical intuitions. The city has a responisabilty to its citizens. There were no sidewalks at the time the plaintiff was hit by a big truck. The plaintiff had to walk in the streets. If the city of Dothan who is responsible would have put sidewalks on that street were traffic is readily and heavy at times the vehicle may have not hit the plaintiff and drove on away form the plaintiff at the time of the accident. It is the plaintiff position that if the courts hold a hearing that the plaintiff will prevail in the plaintiff case.

/s/ Angela Denise Nails
ANGELA DENISE NAILS

PRO SE