IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:06-cv-760-WKW |
| | ) | (WO) |
| CITY OF DOTHAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the Court:

(1) That the objection filed by the plaintiff on September 11, 2006 (Doc. # 6) is OVERRULED;

(2) That the recommendation of the United States Magistrate Judge entered on September 6, 2006 (Doc. # 5) is ADOPTED in part and REJECTED in part;

(3) The recommendation is REJECTED to the extent that this action should be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B), but ADOPTED in all other respects;

(4) This action is hereby DISMISSED **WITHOUT** PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE this 11th day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE