IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHREN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,               Case No. 1:06CV760-WKW

Vs.

CITY OF DOTHAN,

    Defendant,

## QUESTION

The Plaintiff in the case is asking for a more definite answer. On the rule 28 U.S.C. 1915(e)(2)(B). After the Plaintiff read the rule the Plaintiff is quoting Sec 915 Proceeding in forma paupers (e)(2) Notwithstanding any filing fee, or any portion thereof, that the court determines that(B)the action or appeal. The plaintiff is asking the court can this case proceed with a fee being paid for the case to come before the Court. And will the court explain the section as the court deems the section to be true.

*Angela Denise Nails*
*ANGELA DENISE NAILS*

*PRO SE*