IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.1:06-cv-760-WKW |
| | ) |
| CITY OF DOTHAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On September 18, 2006, the plaintiff filed a document entitled "Question," which the Court construes as a Motion for Reconsideration. (Doc. # 9.) Upon consideration of the Motion for Reconsideration, it is hereby

ORDERED that the motion is DENIED.

DONE this 20th day of September, 2006.

                                        /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE