IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

2006 SEP 25 A 9: 16

ANGELA DENISE NAILS,

  Plaintiff,   Case No. 06-CV-760-WKW

CITY DOTHAN,

  Defendant,

  The plaintiff has read the order form the court. Referencing Filling Indigent. The plaintiff would like to know if the plaintiff paid the fees will the plaintiff case be heard before the court.

*Angela Denise Nails*
ANGELA DENISE NAILS

  PRO SE