IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-760-WKW |
| | ) |
| CITY OF DOTHAN, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On September 25, 2006, the plaintiff filed a document stating that "[she] would like to know if [she] paid the [filing] fees will the plaintiff [sic] case be heard before the court." (Doc. # 11.) The Court treats this document as a motion for clarification of its Order dismissing this case without prejudice. (*See* Doc. # 7.) It is hereby

ORDERED that the motion for clarification (Doc. # 11) is GRANTED. The Court hereby clarifies that payment of the filing fee will not result in this case being heard because this action has already been dismissed without prejudice. (*See* Docs. # 7 & 8.)

DONE this 6th day of October, 2006.

       /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE